```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
                                                                :
POLICARPO COCOYUTLA,                                            :
                                                                :
                                        Plaintiff,              :      1:23-cv-9619-GHW
                                                                :
                     -v -                                       :      ORDER
                                                                :
28 STREET FLOWERS, INC., et al.,                                :
                                                                :
                                        Defendants.             :
                                                                :
--------------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

On November 5, 2023, Plaintiff submitted a notice of voluntary dismissal, seeking to dismiss this action against Defendants without prejudice under 41(a)(1)(A)(i). Dkt. No. 7. On November 6, 2023, the Court directed counsel to review the Second Circuit's opinion in *Samake v. Thunder Lube, Inc.*, 24 F.4th 804, 807 (2d Cir. 2022) and to submit a sworn affidavit in support of the stipulation by November 9, 2023. Dkt. No. 8. The Court has not received that submission. Counsel is ordered to comply with the Court's November 9, 2023 order forthwith, and in any event no later than November 16, 2023.

SO ORDERED.

Dated: November 13, 2023
       New York, New York

                                                              _____
                                                              GREGORY H. WOODS
                                                              United States District Judge